**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ELINHA SILVA,**

       **Plaintiff,**

**v.**                                **Case No: 6:26-cv-195-PGB-RMN**

**SECRETARY, DEPARTMENT**
**OF HOMELAND SECURITY**
**AND DIRECTOR, U.S.**
**CITIZENSHIP AND**
**IMMIGRATION SERVICES,**

       **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal, filed July 6, 2026. (Doc. 13). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Secretary, Department of Homeland Security and Director, U.S. Citizenship and Immigration Services are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 13, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties